UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                    CASE NO: 11-33924
    Michael A Yoshida                              (Chapter 13)
    Susan P Yoshida
                      Debtors         JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4400899**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | Michael A Yoshida & Susan P Yoshida<br>9790 Pleasant Plain Rd.<br>Brookville, OH  45309 | 2,882.00 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/7/2017

<u>CERTIFICATE OF SERVICE</u>  11-33924

I hereby certify that on February 8, 2017, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

BARRY S GALEN
111 W FIRST ST
ST 519
DAYTON, OH 45402

And on the following by ordinary U.S. Mail, on February 8, 2017:

Michael A Yoshida
Susan P Yoshida
9790 Pleasant Plain Rd.
Brookville, OH 45309

(80.1n)
CITIMORTGAGE INC
BOX 6030
SIOUX FALLS, SD 57117-6030

(73.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE SUITE 1120
MIAMI, FL 33131

(85.1n)
JOHN R CUMMINS
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH 43216

(82.1n)
MIDFIRST BANK
999 NW GRAND BLVD
STE 100
OKLAHOMA CITY, OK 73118

(78.1n)
QUANTUM3 GROUP LLC
MOMA FUNDING LLC
BOX 788
KIRKLAND, WA 98083-0788

(72.1n)
TARGET NATIONAL BANK
% WEINSTEIN AND RILEY
2001 WESTERN AVENUE STE 400
SEATTLE, WA 98121

Michael A Yoshida
9790 Pleasant Plain Rd.
Brookville, OH 45309